# Third District Court of Appeal

## State of Florida

Opinion filed December 10, 2025.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-1811
Lower Tribunal No. AFHMUJE

————————————

**Javares Maurice Kendrick,**
Petitioner,

vs.

**State of Florida,**
Respondent.

A Case of Original Jurisdiction – Prohibition.

Carlos J. Martinez, Public Defender, and Maria E. Lauredo, Chief Assistant Public Defender, for petitioner.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for respondent.

Before FERNANDEZ, GORDO and BOKOR, JJ.

PER CURIAM.

Denied. See Quinones v. State, 766 So. 2d 1165, 1172 n.9 (Fla. 3d DCA 2000) (explaining that a trial court's determination "that mistrial was a manifest necessity deserves great deference," especially when "the grounds for the mistrial relate to jury prejudice, for the trial judge is in a peculiarly good position to observe the jurors, the witnesses and the attorneys in order to evaluate the extent of the prejudice" (quoting Clark v. State, 756 So. 2d 244, 246 (Fla. 5th DCA 2000))); see also Arizona v. Washington, 434 U.S. 497, 513 (1978) ("[T]he trial judge must have the power to declare a mistrial in appropriate cases. The interest in orderly, impartial procedure would be impaired if he were deterred from exercising that power by a concern that any time a reviewing court disagreed with his assessment of the trial situation a retrial would automatically be barred.").